Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

~~Southern~~ District of ~~New York~~

___2nd___ Division

|  |  |
|---|---|
| ___John Andrew Flores___ | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- United States of America, | |
| C Gerard Travers, health Services Admin, Hesiberto Tellez, Warden for MDc bucklyn | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John Andrew Flores |
| All other names by which you have been known: | |
| ID Number | 312-555 |
| Current Institution | Hudson County Corr. Center - 3 - 35 |
| Address | Hackensack Avenue    NJ    07032 |
| | _City_ Kearny    _State_    _Zip Code_ |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

| Defendant No. 1 | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | _City_    _State_    _Zip Code_ |
| | ☐ Individual capacity   ☑ Official capacity |

| Defendant No. 2 | |
|---|---|
| Name | ( Gerard Travers ) |
| Job or Title *(if known)* | Health Services Administrator |
| Shield Number | |
| Employer | Metropolitan Detention Center (B.O.P.) |
| Address | 80 29th Street |
| | Brooklyn    NY    11232 |
| | _City_    _State_    _Zip Code_ |
| | ☑ Individual capacity   ☑ Official capacity |

Defendant No. 3
    Name                   (Heriberto Tellez)
    Job or Title *(if known)*   Warden For MDC brooklyn)
    Shield Number
    Employer            Metropolitan Detention Center (B.O.P.)
    Address             80 l 29th Street

                          Brooklyn           NY         11252
                                *City*                 *State*        *Zip Code*
                [✓] Individual capacity     [✓] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                               *City*                 *State*        *Zip Code*
                [ ] Individual capacity     [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

        [✓] Federal officials (a *Bivens* claim)

        [ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? (8th Amendment) Violation cruel and unusual Punishment.

+ For Page 4 of 11)

States of America is liable because Bureau of Prisons
oyed by the Federal government and Federal officials
ravers, MDC Warden Heriberto tellez were acting
cor of Federal law when they deprived me of
Attention when requested and reported. United States
a has a Pattern, Practice, and Procedure, in Bureau
is where inmates are constantly denied Medical
especially in CMDC brooklyn.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Federal officials acting under color of federal law deprived me of my right secured by the United States Constitution Heward v. US. 2012 on december 24th 2023 rejected by officer to medical Administration that i needed medical assistance for lacerations. was ████████ denied medical assistance i later complained to Warden who did nothing. Medical Policy Violation.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓]  Pretrial detainee

[ ]  Civilly committed detainee

[ ]  Immigration detainee

[✓]  Convicted and sentenced state prisoner

[ ]  Convicted and sentenced federal prisoner

[ ]  Other *(explain)*  _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant action. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

( Metropolitan Detention Center   Bureau of Prisons )

December 24th 2023   East 4-North

C.    What date and approximate time did the events giving rise to your claim(s) occur?

December 29th 2023   approximate   10:30 Am

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)* Inmates in East 4 North Saw what happened i was slashed 3 times face, neck, and hand. by another inmate. Inmate henry Marceau, oscar hernandez, aswell as all other inmates in 4-North Witnessed what happened

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered lacerations to the face, neck, and hand which required stiches however i never received Medical assistance i was brought to shu.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. Pain and Monetary damages in the amount of 500,000 dollars for Pain and Suffering, Mental Anguish, Mental Trauma, Physical Trauma, emotional Trauma, Permanent Scar, Permanent disfigurement, Flashbacks, Mental Pain and suffering.

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Metropolitan Detention Center

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Yes All claims of denial of Medical Assistance

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
        concerning the facts relating to this complaint?

        ☑ Yes

        ☐ No

        If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
        other correctional facility?

        ☐ Yes

        ☐ No

E.      If you did file a grievance:

        1.   Where did you file the grievance? Unit team officials
             USDCS / FBCP

        2.   What did you claim in your grievance? of being assaulted and denied
             Medical Assistance.

        3.   What was the result, if any? No result

        4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
             not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
             all steps were not completed due to being transferred
             to another Facility that does not have (B.OP.)
             grievance procedures. Appealed to USDCS / FBCP
             BP9, BP9, BP10, Claim for Damage Submitted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.     Docket or index number

_____

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)    John Andrew Flores' Kramer Levin Neftalis, Jade burns
       Defendant(s)    City of New york,

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       ~~[redacted]~~ Federal court Southern district 2nd division

3.    Docket or index number

4.    Name of Judge assigned to your case
       Katherine Polk Failla

5.    Approximate date of filing lawsuit
       2015, october

6.    Is the case still pending?
       ☐ Yes
       ☑ No

       If no, give the approximate date of disposition    2017 / 2018

7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

       Judgment entered in My favor

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/31/24

Signature of Plaintiff    John Flores

Printed Name of Plaintiff    John Flores

Prison Identification #    512 - 833

Prison Address    Hudson county corr. center 3u-35

Hackensack Avenue Kearny NJ    07032

| | City | State | Zip Code |

### B.    For Attorneys

Date of signing: 

Signature of Attorney 

Printed Name of Attorney 

Bar Number 

Name of Law Firm 

Address 

| | City | State | Zip Code |

Telephone Number    None

E-mail Address    None

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 30, 2024


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : JOHN FLORES, 10542-506
      BROOKLYN MDC    UNT: 3 DETC M/E    QTR: C10-001L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1201210-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MAY 30, 2024
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: DUE TO YOUR ALLEGATIONS, YOUR APPEAL IS BEING FORWARDED TO
                 ANOTHER DEPARTMENT FOR REVIEW; HWOEVER, YOUR APPEAL WAS
                 RETAINED IN ACCORDANCE WITH POLICY.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __John A. Flores__ __10542-5c6__ __4-North (MDC)__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** I have been Submitting (BP9s) Since January of 2024 this facility continues to violate my due Process's rights. The reason for administrative remedy is because an incident which occurred on December 24th 2023 where i was assaulted and sustained multiple lacerations medical assistance was reported by officer y Bushuyeva however medical assistance never arrived i was denied medical assistance which is a medical Policy Violation. BP9s i have been Submitting have been going unanswered so on 5/7/24 (11:25 Am) i Personally handed a Sensitive (BP9) to Assistant Warden Burgoss that (BP9) was never Submitted it was handed to Assistant Richardson who walked on to the unit 5/16/24 Approx (11:45 Am) to tell me he has the BP9 i handed to (AW) Burgoss along with another BP9 which was dated in March Mr. Richardson informed me i had to Sign an administrative Withdrawl form for the march BP9 so that the Sensitive (BP9) can be Filed. Its Pass 30 days with no indication From unit team officials who inform me nothings been Filed, unit team official Alvarez has not been Putting none of my (BP9s) in System, A copy of an April (BP9) no response

____6/4/24____                                            ____John Flores____
      DATE                                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                 _____
        DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: _____

**Part C - RECEIPT**
                                             CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                         _____
       DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

                                                               BP-230(13)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**



*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **John A. Flores**     **10542-506**     **4-North**     **M-D-C**
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** On December 29TH 2023 medical assistance was denied when officer Bushevya reported inmate John Flores needed medical attention approximitly 9:30 Am officer Bushevya escorted inmate John Flores out of East/4 North to the elevators where She placed a call and reported inmate John Flores has multiple lacerations and needs medical assistance. However medical assistanc never arrived, Inmate John Flores was escorted to Shu Pending Investigation John Flores then made multiple requests in Shu for medical assistance however that was denied. medical Policy was Violated and because of this gross negligence i Suffered mentally, & Physically with visable scars abnormally healed. BP8 Submith BP9 Submitted to Ms. Alvarez however Ms. Alvarez never submitted (BP9) So no response given.

4/17/2024      John Flores
DATE                   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____           _____
DATE                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

(Exhibit D)

BRO 1330.7
ATTACHMENT 1

## METROPOLITAN DETENTION CENTER, BROOKLYN
### ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

EMAILED
1/30/24

### INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff.   Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Correctional Counselor: _01/22/2024_ _(initials)_

INMATE'S COMMENTS:

1.  Complaint:

On December 29, 2023 i John Flores was called by officer Y Bushuyeva, approximately around 9:30 Am. officer Y Bushuyeva asked me what happened to my face and hand i then told her i was cut specifically slashed (3) times by another inmate. Bushuyeva then escorted me out of 4 North and into the Corridor by the elevators where she placed a call and reported my injuries as deep lacerations in the face and hand and informed medical that inmate John Flores, needed medical assistance. However officer Tehan, and counselor Bullock arrived and escorted inmate to Shu denying medical assistance while officer bushuyeva was informed before taking inmate to Shu without medical assistan

2.  Efforts made by you to informally resolve:
Informing officer Bushuyeva i was Slashed (3) times and needed Medical assistance.

3.  Names of staff you contacted/Date you contacted the staff:
officer Bushuyeva, officer Garcia who works east shu. Counselor Bullock,

Date returned to Correctional Counselor: _01/25/24_ _(initials)_

John Flores                    10542-506              1/25/24
Inmate's Name                 Register Number          Date

CORRECTIONAL COUNSELOR'S COMMENTS:
1.  Efforts made to informally resolve and staff contacted:
AS PER MEDICAL "YOU WERE ADDED TO SICK CALL"

Date informally resolved:_____    Counselor Signature:_____
Date BP-229(13) Issued:_____     Unit Manager: _(signature)_ 8/5/24

(Exhibit E)

TRULINCS  10542506 - FLORES, JOHN - Unit: BRO-C-A

-----------------------------------------------------------------------------------------------------

FROM: 10542506
TO: Warden
SUBJECT: ***Request to Staff*** FLORES, JOHN, Reg# 10542506, BRO-C-A
DATE: 04/18/2024 11:17:08 AM

To: warden
Inmate Work Assignment: N/A

per Ms. Alverez a BP9 was submitted a month in a half ago regarding a medical policy violation Mr.s Adams informed me
monday, or tuesday, that BP9 was never submitted however ms.Alverez is stating she submitted it and has been asking for the
status of this BP9 from you however she has not been getting no response. I would like to know if you do in fact have this BP9
and would like to know the status of this BP9 because its been way over 30 days. thank you for your time regarding this matter.

TRULINCS  10542506 - FLORES, JOHN - Unit: BRO-C-A

------------------------------------------------------------------------------------------

FROM: AW Operations
TO: 10542506
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/05/2024 07:57:02 AM

Your message has been received and has been forwarded to the appropriate party for review.
SIS, Health Services and the Executive Assistant have been notified of your concerns.

From: ~^! FLORES, ~^!JOHN <10542506@inmatemessage.com>
Sent: Tuesday, June 4, 2024 4:55 PM
Subject: ***Request to Staff*** FLORES, JOHN, Reg# 10542506, BRO-C-A

To: Burgoss
Inmate Work Assignment: N/A

afternoon sir remember we spoke today regarding another matter about me being setup. I also forgot to ask you remember the BP9 i gave you awhile ago about me never seeing medical its been going on 30 days and i havent received a response on my BP9 MR. richardson came to see me with 2 BP9s stating that i had to sign a withdrawl of adminstritative remedy for a BP9 in march he had and the new BP9 i gave to you he said i had to sign the withdrawl form for the BP9 in march so that the new one can be filed so i did however i still havent received a response on that BP9 can you please look into the matter for me thank you again for your time and patience for these matters..

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency: USDOJ / FBOP US Custom House 2nd & Chestnut Street 7th floor Philadelphia, PA 19106

2. Name, address of claimant, and claimant's personal representative if any. John Flores Register No. #10542-506

3. TYPE OF EMPLOYMENT: ☐ MILITARY ☑ CIVILIAN
4. DATE OF BIRTH: 09/02/93
5. MARITAL STATUS: None
6. DATE AND DAY OF ACCIDENT: December 29/23 Friday
7. TIME (A.M. OR P.M.): 9:20 A.M.

8. BASIS OF CLAIM: on December 29th 2023 i was assaulted by an inmate in east 4-North with a weapon i sustained numerous lacerations to the face, hand, neck, and arm. on December 29th 2023 i reported these injuries to officer Y Bushuyeva She escorted me out the unit into the corridor by the elevators. Where she placed a call and reported these injuries and requested medical assistance however medical assistance was denied and i was Puved in shu. this was a medical Policy Violation i was Seen 30 days later.

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT: None
BRIEFLY DESCRIBE THE PROPERTY: None

10. PERSONAL INJURY/WRONGFUL DEATH
I John Flores sustained numerous lacerations that needed stiches however i was deprived of medical attention as a result lacerations healed abnormally. cameras did not work in east 4-north was seen 30 days later by medical.

11. WITNESSES

| NAME | ADDRESS |
|------|---------|
| Henry Marcano Reg No # 62957-510 | Metropolitan Detention Center 80 29th Street Brooklyn, NY 11232 |

12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL |
|---|---|---|---|
| None | lacerations | None | $300,000,000 dollars |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

13a. SIGNATURE OF CLAIMANT: John Flores
13b. PHONE NUMBER OF PERSON SIGNING FORM: None
14. DATE OF SIGNATURE: 5/06/24

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

*None*

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No

*None*

17. If deductible, state amount.

*None*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

*None*

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

*None*

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued or may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute your claim may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

## Affidavit of Service

State of New Jersey
County of Hudson )ss.:

I, John Flores _____, being duly sworn deposes and Says:
that on _____ July _____ / 31st / 2024 / I did in
fact place the designated - Civil Rights Complaint, Informa Pauperis
application, and Exhibits in the mailbox at Hudson County corr center
50·35 Hackensack Avenue Kearny, NJ 07032 to be duly carried
to following Parties:

(Original)
Prose Intake Unit at room #105
40 - Foley Square
New York, NY 10007

Sworn to before me this
25TH _____ day of July, 2024
_____
Notary Public

JUAN ZAPATA
Notary Public of New Jersey
My Commission Expires April 12, 20

Very Truly Yours
John Flores

Name: John Flores    ID No. # 312-833

35 Hackensack Avenue

Newark, New Jersey 01053

To:

Prose Intake Unit at Room # C(105)

40 - Foley Square

New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -6 AM 9: 44

